NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-1366

STATE OF LOUISIANA

VERSUS

ANTHONY JEROD GUILLORY

**********

APPEAL FROM THE
THIRTY-THIRD JUDICIAL DISTRICT COURT
PARISH OF ALLEN, NO. CR2002-2407
HONORABLE JOHN P. NAVARRE, DISTRICT JUDGE

**********

ELIZABETH A. PICKETT
JUDGE

**********

Court composed of Sylvia R. Cooks, Elizabeth A. Pickett, and Billy Howard Ezell, Judges.

AFFIRMED.

Hon. Douglas L Hebert, Jr.
District Attorney - 33rd JDC
P. O. Drawer 839
Oberlin, LA 70655
(337) 639-2641
Counsel for Plaintiff/Appellee:
State of Louisiana

Paula Corley Marx
Louisiana Appellate Project
P. O. Box 80006
Lafayette, LA 70598-0006
(337) 991-9757
Counsel for Defendant/Appellant:
Anthony Jerod Guillory